**Order filed February 28, 2017**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00746-CV**
_____

**SILVIA VILLAREAL MANCINAS AND ALBERTO QUIRROGA GOMEZ,**
**Appellants**

**V.**

**MEMORIAL HERMANN HEALTH CARE SYSTEMS, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-47720**

## O R D E R

Appellants' brief was due February 22, 2017. No brief or motion for extension of time has been filed. Unless appellants file a brief with this court on or before **March 24, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM